**Motion Denied; Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 8, 2024.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-24-00732-CV**

---

**IN RE TAYLOR CHARLES MOSS, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 484673**

---

## MEMORANDUM OPINION

On October 3, 2024, relator Taylor Charles Moss filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jerry W. Simoneaux, Jr., presiding judge of the Probate Court No. 1 of Harris County, to vacate the trial court's September 13, 2024, Judgment of Civil Contempt and Order of Confinement.

Additionally, on October 3, 2024, relator filed a motion for emergency relief.  Relator seeks a temporary stay of all probate court proceedings.

Relator has not established that he is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.  We further deny relator's emergency motion for temporary relief.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Poissant.